```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 40947
   JOHN L KING
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-5727
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/27/05 and confirmed on 02/02/06.

   2.  The case was converted to Chapter 7 after confirmation, 10/19/2007.

   3.  The Debtor paid a total of $  11075.27 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 32331.77 | .00 | 8812.62 |
| HFC/BENEFICIAL | SECURED | .00 | .00 | .00 |
| HFC/BENEFICIAL | MORTGAGE ARRE | 800.00 | .00 | 218.06 |
| CENTURY LIQUIDATION | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 991.25 | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | 779.89 | .00 | .00 |
| LEVY DIAMOND BELLO & ASS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 4011.63 | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF DOWNERS GROVE | UNSECURED | 330.00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 960.68 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2228.73 | .00 | .00 |

          Summary of disbursements:
---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 33131.77 | .00 | 9302.18 | .00 | 42433.95 |
| PRINCIPAL PAID | 9030.68 | .00 | .00 | .00 | 9030.68 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 9030.68 | .00 | .00 | .00 | 9030.68 |

The Debtor's attorney, TERENCE M FENELON               , was allowed $   2200.00
and was paid $    606.00  direct and $   1594.00  through the plan.

The Trustee received $     450.59 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

















                              PAGE   2
        CASE NO. 05 B 40947 JOHN L KING